IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF GEORGIA

COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | Case No: 4:21-cr-31-CDL-MSH-002 |
| | : | |
| **CURTIS PORCH,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **CURTIS PORCH** has moved the court to continue the hearing of this case presently scheduled for 9:30 a.m. on October 5, 2021. The Government does not oppose this motion. Defendant is out on bond.

The Court finds that based on the circumstances outlined in the Motion, it is in the interests of justice to grant said Motion. The Court further finds that to the extent that this continuance may delay the trial of this action, the interests supporting the continuance outweigh the interest of the Defendant and the public in a speedier trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, the Motion for Continuance (Doc. 108) is **GRANTED**, and it is hereby ordered that any trial of this case shall be continued until the Court's January 2022 jury trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **4th** day of **October, 2021**.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE